# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FUNG YING LEUNG, *et al*., | |
| Plaintiffs, | Case No. 2:12-CV-0188-KJD-CWH |
| v. | **ORDER** |
| COUNTRYWIDE & COMPANY, *et al*., | |
| Defendants. | |

Presently before the Court is the Motion to Dismiss (#10) of Mortgage Electronic Registration Systems, Inc. ("MERS") and Defendant Bank of America, N.A., incorrectly designated as Countrywide & Company. Though the time for doing so has passed, Plaintiffs have failed to file a response in opposition to the motion to dismiss. Having read and considered the motion, pleadings, and documents of which the Court can take judicial notice, and good cause being found, the Court grants the motion to dismiss on the merits and in accordance with Local Rule 7-2(d).

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (#10) is **GRANTED**;

///

///

///

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants Mortgage Electronic Registration Systems, Inc., Countrywide & Company, and Bank of America, N.A. and against Plaintiffs.

DATED this 27th day of July 2012.

_____
Kent J. Dawson
United States District Judge